MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
E-mail: attyberdinella@gmail.com
Phone: (559) 436-8000
Fax:     (559) 436-8900

Attorney for Defendant
Shanice White

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Case No.: 1:21-CR-00184-DAD-BAM |
| Respondent/Plaintiff, | ) |
| vs. | ) **ORDER TO SEAL DOCUMENTS** |
| **SHANICE WHITE,** | ) **Hearing Date: April 27, 2022** |
| | ) **Hearing Time: 2:00 P.M.** |
| Petitioner/Defendant. | ) **Judge: Hon. Sheila K. Oberto** |

Upon application of the Defendant Shanice White, through Counsel, and good cause being show as set forth in Defendant's Request To Seal at Docket ,

    IT IS HEREBY ORDERED that Exhibit A (Docket # 142-1) in support of Ms. White's April 20, 2022 Request to Seal Records for Bail Review (Docket #142), shall be SEALED until ordered unsealed by the Court.

IT IS SO ORDERED.

Dated:  **April 21, 2022**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

Proposed Order to Seal  - 1