MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
E-mail: attyberdinella@gmail.com
Phone: (559) 436-8000
Fax:    (559) 436-8900

Attorney for Defendant
Shanice White

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-CR-00184-DAD-BAM |
| Respondent/Plaintiff, | |
| vs. | **ORDER TO SEAL DOCUMENTS** |
| | Hearing Date: May 25, 2022 |
| SHANICE WHITE, | Hearing Time: 2:00 P.M. |
| | Judge: Hon. Magistrate Judge Barbara A. McAuliffe |
| Petitioner/Defendant. | |

Upon application of the Defendant Shanice White, through Counsel, and good cause being show as set forth in Defendant's Request To Seal at Docket ,

IT IS HEREBY ORDERED that Exhibit A and Exhibit B (Docket #157-1) which will be presented at the Pre-Trial Release Violation Petition Hearing shall be SEALED until ordered unsealed by the Court.

**IT IS SO ORDERED**

IT IS SO ORDERED.

Dated:  **May 24, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

Proposed Order to Seal  - 1